# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWOINE BEALER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KERN VALLEY STATE PRISON CLASSIFICATION COMMITTEE,<br><br>　　　　Defendant. | Case No. 1:18-cv-01193-LJO-SKO (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR COPY OF LAST ORDER**<br><br>**(Doc. 11)** |

　　　　Plaintiff, Antwoine Bealer, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a motion requesting a copy of the last order that was issued by the Court in this case. (Doc. 11.) Copies are not generally provided for parties without prepayment of $0.50 per page. However, an allowance will be made this once.

　　　　Accordingly, it his HEREBY ORDERED that Plaintiff's motion to be served another copy of the last order that issued in this case (Doc. 11) is GRANTED and the Clerk's Office is directed to send Plaintiff a copy of docket in this action and the order that issued on September 7, 2018 (Doc. 8).

IT IS SO ORDERED.

Dated:　**February 11, 2019**　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1